IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )      2:10cr186-MHT
JAMES E. PREUITT              )          (WO)


JUDGMENT OF ACQUITTAL

It is the ORDER, JUDGMENT, and DECREE of the court that defendant James E. Preuitt is not guilty of all the charges against him.

It is further ORDERED that defendant Preuitt is acquitted and discharged and any bond exonerated.

DONE, this the 16th day of March, 2012.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE